IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERRY DOWELL,

        Plaintiff,                         No. 03:12-cv-00081-PK

      v.

CAROLYN W. COLVIN,                     ORDER
Commissioner of Social Security,

        Defendant.

HERNANDEZ, District Judge:

      Magistrate Judge Papak issued a Findings and Recommendation (#19) on August 14, 2013, in which he recommends that this Court remand the Commissioner's decision for further administrative proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [19]. Accordingly, the Commissioner's decision is remanded for further administrative proceedings consistent with the Findings & Recommendation.

IT IS SO ORDERED.

DATED this 23 day of Sept, 2013.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER